IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CEDRIC O. BROOKS,**

    **Petitioner,**

v.                                          CASE NO. 4:11cv346-MW/CAS

**MICHAEL D. CREWS, Secretary,**
**Florida Department of Corrections,**

    **Respondent.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.34, filed August 11, 2014, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 35, filed August 27, 2014. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**. A certificate of

1

appealability is **DENIED**, and leave to appeal *in forma pauperis* is **DENIED**."

The Clerk shall close the file.

    **SO ORDERED on August 29, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
